401 SMITH vs. CIRCUIT JUDGE (Allegan), No. 15127½.

To vacate findings and judgment in the matter of a petition filed to disbar relator from practicing as an attorney at law.

(1) Because relator was denied the right of a trial by jury; (2) because respondent refused to issue process for the attendance of witnesses at the public expense, after the showing that

.relator was without property or means, and (3) because certain of the specifications were not sufficiently specific.

Order to show cause denied October 1, 1895.